**No. 60550.**—Judson Sheldon Division and National Carloading Corporation *v.* United States, protests 269661–K, 269662–K, and 270612–K (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protests were overruled.